No. 78–1757. Renz et al. v. Beeman, Trustee, et al. C. A. 2d Cir. Certiorari denied.

No. 78–1758. Bricklayers Fringe Benefit Funds, Metropolitan Area, et al. v. North Perry Baptist Church of Pontiac et al. C. A. 6th Cir. Certiorari denied.

No. 78–1759. Helm, Guardian Ad Litem v. Pacific Power & Light Co. et al. C. A. 9th Cir. Certiorari denied.

No. 78–1760. Oregon v. Fondren. Sup. Ct. Ore. Certiorari denied.

No. 78–1764. Ryan v. United States. C. A. 9th Cir. Certiorari denied.

No. 78–1766. Mendola et al. v. Lees Carpets et al. C. A. 7th Cir. Certiorari denied.

No. 78–1767. Wilmington Trust Co. v. Penn Central Transportation Co. C. A. 3d Cir. Certiorari denied.

No. 78–1768. Rowen v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–1769. Nickols v. Kentucky. Sup. Ct. Ky. Certiorari denied.

No. 78–1770. Kaye v. United States. C. A. 7th Cir. Certiorari denied.

No. 78–1771. Weibel v. Clark, dba Clark Building, et al. Sup. Ct. Wis. Certiorari denied.